IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA,

vs.

CASE NO.: CR211-022

LEON BUU DAM

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation. Both the Government and the Defendant have filed responses to the Report stating they have no objections to the Recommendation. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court determines that Defendant's incompetency renders him incapable of assisting properly in his defense. Defendant shall be committed to the custody of the Attorney General to be hospitalized until such time as Defendant regains competency, but for a period not to exceed four months. It is my recommendation that Defendant be hospitalized at the Federal Medical Center in Butner, North Carolina. It is also my recommendation that Defendant's counsel receive intermittent updates on Defendant's condition and that counsel be granted visitation with Defendant in accordance with normal visitation policies at the Federal Medical Center in Butner, North Carolina.

SO ORDERED, this 27 day of February, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA